**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Mississippi__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  Burkhalter Rigging, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   6 4 – 0 5 3 8 3 1 4
   EIN

5. **Debtor's address**

   **Principal place of business**

   2193 Highway 45 South
   Number   Street

   Columbus    MS    39701
   City        State  ZIP Code

   Lowndes
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City    State    ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **Burkhalter Rigging, Inc.**　　　　　　　　　　　　　　　　Case number *(if known)*_____
　　　　　Name

---

6. **Debtor's website** (URL)　　http://www.burkhalter.net/

---

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
      　　　　　　　　　　　　MM / DD / YYYY

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
      　　　　　　　　　　　　MM / DD / YYYY

---

### Part 3:　Report About the Case

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Burkhalter Rigging, Inc.  
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Tortorigi Transport, LLC | Unpaid Invoices | $ 545,751.00 |
| Trinity Logistics, Inc. | Unpaid Invoices | $ 348,530.74 |
| Craneworks, Inc. | Unpaid Invoices | $ 10,412.04 |
| | Total of petitioners' claims | $ 904,693.78 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Tortorigi Transport, Inc.  
Name

P.O. Box 96  
Number    Street

Trussville         AL      35173  
City               State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 31 / 2019  
MM / DD / YYYY

x _____ (signature)  
Signature of petitioner or representative, including representative's title

**Attorneys**

Glenn Glover  
Printed name

Bradley Arant Boult Cummings LLP  
Firm name, if any

1819 Fifth Avenue North  
Number    Street

Birmingham         AL      35203  
City               State   ZIP Code

Contact phone  205-521-8647    Email  gglover@bradley.com

Bar number  S100955

State  Mississippi

x _____ (signature)  
Signature of attorney

Date signed _____  
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Burkhalter Rigging, Inc.
Name

Case number (if known) _____

### Name and mailing address of petitioner

Trinity Logistics, Inc.
Name

50 Fallon Avenue
Number   Street

Seaford    DE    19973
City       State  ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City       State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2019
             MM / DD / YYYY

X _____ - CFO
Signature of petitioner or representative, including representative's title

---

Jeff Rawlings
Printed name

Rawlings & MacInnis, P.A.
Firm name, if any

1296 Highway 51 N.
Number   Street

Madison    MS    39130
City       State  ZIP Code

Contact phone  601-898-1180   Email  jeff@rawlingsmacinnis.net

Bar number  4642

State  MS

X _____
Signature of attorney

Date signed  1-31-19
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Craneworks, Inc.
Name

P.O. Box 336
Number   Street

Birmingham    AL    35201
City          State  ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City       State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Glenn Glover
Printed name

Bradley Arant Boult Cummings LLP
Firm name, if any

1819 Fifth Avenue North
Number   Street

Birmingham    AL    35203
City          State  ZIP Code

Contact phone  205-521-8647   Email  gglover@bradley.com

Bar number  S100955

State  Mississippi

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor  Burkhalter Rigging, Inc.
       Name

Case number (if known) _____

**Name and mailing address of petitioner**

Trinity Logistics, Inc.
Name

50 Fallon Avenue
Number   Street

Seaford          DE        19973
City             State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
       MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Jeff Rawlings
Printed name

Rawlings & MacInnis, P.A.
Firm name, if any

1296 Highway 51 N.
Number   Street

Madison              MS        39130
City                 State     ZIP Code

Contact phone 601-898-1180   Email jeff@rawlingsmacinnis.net

Bar number   4642

State   MS

✗ _____
Signature of attorney

Date signed _____
       MM / DD / YYYY

---

**Name and mailing address of petitioner**

Craneworks, Inc.
Name

P.O. Box 336
Number   Street

Birmingham       AL        35201
City             State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

DAN JAMISON
Name

_____
Number   Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/31/2019
       MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

Glenn Glover
Printed name

Bradley Arant Boult Cummings LLP
Firm name, if any

1819 Fifth Avenue North
Number   Street

Birmingham           AL        35203
City                 State     ZIP Code

Contact phone 205-521-8647   Email gglover@bradley.com

Bar number   S100955

State   Mississippi

✗ [signature]
Signature of attorney

Date signed _____
       MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4