B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Northern District Of Mississippi

In re Burkhalter Rigging, Inc , )  Case No. 19-10448-SDM
Debtor* )
) Chapter 7
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on January 31, 2019 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   U.S. Bankruptcy Court
Thad Cochran U.S. Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS  39730

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:   Glen E. Glover
One Federal Place
1819 5th Avenue North
Birmingham, AL  35203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

/s/ Shallanda J. Clay (Clerk of the Bankruptcy Court)

Date: February 1, 2019    By: S. Fields (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

    Print Name: _____

    Business Address: _____

    _____